STEVEN C. MITCHELL, ESQ., SBN 124644
TARIK J. NABER, ESQ., SBN 255665
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California  95404
Telephone: 707/545-1660
Facsimile:  707/545-1876

Attorneys for Defendants
COUNTY OF SONOMA and
BILL COGBILL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. MITRICK,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, a governmental entity; BILL COGBILL, in his capacity as Sheriff for COUNTY OF SONOMA; and DOES 1-25, inclusive, individually, and in their capacity as deputy sheriffs employed by COUNTY OF SONOMA,<br><br>    Defendants. | CASE NO.:  C08-05306 TEH<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Date:        March 30, 2009<br>Time:        1:30 p.m.<br>Courtroom: 12 |

Counsel for defendants County of Sonoma and Bill Cogbill respectfully requests permission for their trial counsel, Steven C. Mitchell, to appear by telephone at the Case Management Conference currently scheduled for March 30, 2009 at 1:30 p.m.  The request is based on the fact that counsel has just had to make arrangements to cover an expert deposition on the same date in Sacramento, and would not therefore be able to be present in person.

DATED: March 25, 2009                                      GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

                                                                             By _____
                                                                                   STEVEN C. MITCHELL
                                                                                   Attorneys for Defendants
                                                                                   COUNTY OF SONOMA and BILL COGBILL

[Seal: IT IS SO ORDERED / Judge Thelton E. Henderson / 03/26/09]

LAW OFFICES OF
GEARY, SHEA, O'DONNELL GRATTAN & MITCHELL P.C.

- 1 -
Request for Telephonic Appearance at Case Management Conference