1   Steven C. Mitchell, Esq. (SBN 124644)
    Tarik J. Naber, Esq. (SBN 255665)
2   GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
    37 Old Courthouse Square, Fourth Floor
3   Santa Rosa, California  95404
    Telephone:  (707) 545-1660
4   Facsimile:  (707) 545-1876

5

6   Attorneys for Defendants
    COUNTY OF SONOMA and
7   JOHN MAHONEY

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  MICHAEL E. MITRICK,                CASE NO.:  C08-05306 TEH

12        Plaintiff,                   **STIPULATION FOR FILING OF SECOND
                                       AMENDED COMPLAINT**
13        v.
                                       [FRCP 15(a)(2)]
14  SONOMA COUNTY, a municipal corporation;
15  SONOMA COUNTY JAIL, a municipal
    corporation; J. MAHONEY, individually and in
16  his official capacity as a deputy sheriff for
    SONOMA COUNTY; and DOES 2-100,
17  inclusive; individually and in their capacities as
    DEPUTY SHERIFFS for SONOMA COUNTY
18  JAIL,

19        Defendants.

20

21        The parties to the above-entitled action, by and through their counsel of record, hereby

22  stipulate that plaintiff shall file a Second Amended Complaint in this matter to clarify the claims for

23  relief stated against each defendant, and to correct any errors inadvertently included in plaintiff's

24  First Amended Complaint.  Plaintiff shall file and serve upon defendants the Second Amended

25  Complaint within **twenty (20) days** after this Stipulation is filed with the Court.

LAW OFFICES OF
**GEARY,**      26  ///
**SHEA,**
**O'DONNELL** 27  ///
**GRATTAN &**
**MITCHELL**    28  ///
**P.C.**

1

Dated:  June 11, 2009

GEARY, SHEA, O'DONNELL,
GRATTAN & MITCHELL, P.C.

2

3

By ---------------------/s/------------------------

4

Tarik J. Naber
Attorneys for Defendants
COUNTY OF SONOMA and
JOHN MAHONEY

5

6

7

Dated:  June 11, 2009

LAW OFFICES OF JOHN L. BURRIS

8

9

By --------------------/s/-------------------------

10

Benjamin Nisenbaum
Attorneys for Plaintiff
MICHAEL E. MITRICK

11

12

13

14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Thelton E. Henderson

06/11/09

15

16

17

18

19

20

21

22

23

24

25

LAW OFFICES OF
**GEARY,
SHEA,
O'DONNELL
GRATTAN &
MITCHELL
P.C.**

26

27

28

Stipulation for Filing of Second Amended Complaint