Steven C. Mitchell, Esq. (SBN 124644)
Tarik J. Naber, Esq. (SBN 255665)
GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
37 Old Courthouse Square, Fourth Floor
Santa Rosa, California 95404
Telephone: (707) 545-1660
Facsimile: (707) 545-1876

Attorneys for Defendants
COUNTY OF SONOMA, BILL COGBILL, and
JOHN MAHONEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. MITRICK,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, a governmental entity; BILL COGBILL, in his capacity as Sheriff for COUNTY OF SONOMA; J. MAHONEY, individually and in his official capacity as a deputy sheriff for SONOMA COUNTY; and DOES 2-100, inclusive, individually and in their capacities as deputy sheriffs employed by COUNTY OF SONOMA,<br><br>    Defendants. | CASE NO.: C08-05306 TEH<br><br>**STIPULATION AND [Proposed] ORDER RE ADR PROCESS**<br><br>[ADR Local Rule 7] |

The parties to the above-entitled action, by and through their counsel of record, enter the following stipulation:

Following the Case Management Conference of June 29, 2009, the parties met and conferred regarding ADR, and hereby stipulate that, upon the Court's approval, this matter shall be removed from mediation and set for a settlement conference before a Magistrate Judge.

//

//

LAW OFFICES OF
GEARY, SHEA, O'DONNELL GRATTAN & MITCHELL P.C.

| | |
|---|---|
| Dated:  July 14, 2009 | GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C. |
| | By ------------------/s/-------------------------------------<br>Tarik J. Naber<br>Attorneys for Defendants<br>COUNTY OF SONOMA, BILL COGBILL, and JOHN MAHONEY |
| Dated:  July 14, 2009 | LAW OFFICES OF JOHN L. BURRIS |
| | By --------------------/s/------------------------------------<br>Benjamin Nisenbaum<br>Attorneys for Plaintiff<br>MICHAEL E. MITRICK |

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter shall be removed from mediation and set for a settlement conference before a Magistrate Judge.

IT IS SO ORDERED

DATED:     07/15/09

_____
Honorable Thelton E. Henderson