UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael E. Mitrick, | No. C 08-5306 TEH (JL) |
|     Plaintiff, | |
|     v. | NOTICE |
| County of Sonoma, et al., | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that due to a change in the Judge's calendar, the time of the settlement conference set for Tuesday, October 20, 2009 at 2:00 p.m., has been changed to **Tuesday, October 20, 2009 at 10:00 a.m.**  The settlement conference shall take place in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

DATED:   October 13, 2009

*James Larson*

_____

JAMES LARSON

United States Magistrate Judge

SETTLEMENT CONFERENCE NOTICE            1