1  JOHN L. BURRIS, ESQ. (SBN 69888)
   BENJAMIN NISENBAUM, ESQ. (SBN 222173)
2  LAW OFFICES OF JOHN L. BURRIS
   7677 Oakport Street, Suite 1120
3  Oakland, CA 94621
   Telephone: (510) 839-5200
4  Facsimile: (510) 839-3882

5  Attorneys for Plaintiff
   MICHAEL E. MITRICK
6

7  STEVEN C. MITCHELL, ESQ., SBN 124644
   TARIK J. NABER, ESQ., SBN 255665
8  GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.
   37 Old Courthouse Square, Fourth Floor
9  Santa Rosa, California  95404
   Telephone: (707) 545-1660
10 Facsimile: (707) 545-1876

11 Attorneys for Defendants
   COUNTY OF SONOMA, BILL COGBILL and
12 JON MAHONEY

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  MICHAEL E. MITRICK, | CASE NO.: C08-05306 TEH |
| 17       Plaintiff, | |
| 18       v. | **STIPULATION OF DISMISSAL** |
| 19  COUNTY OF SONOMA, a governmental entity; BILL COGBILL, in his capacity as Sheriff for | [FRCP Rule 41] |
| 20  COUNTY OF SONOMA; J. MAHONEY, individually and in his official capacity as a | Honorable Thelton E. Henderson |
| 21  deputy sheriff for SONOMA COUNTY; and DOES 2-100, inclusive, individually and in their | |
| 22  capacities as deputy sheriffs employed by COUNTY OF SONOMA, | |
| 23       Defendants. | |

26       IT IS HEREBY STIPULATED by and between the parties to this action through their

27 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

28 ///

- 1 -
Stipulation of Dismissal

1 | pursuant to FRCP 41(a)(1), each side to bear its own costs and attorneys' fees.

3 | DATED: June 10, 2010                    LAW OFFICES OF JOHN L. BURRIS

By ------------------/s/------------------------------------
    BENJAMIN NISENBAUM
    Attorneys for Plaintiff
    MICHAEL E. MITRICK

9 | DATED: June 10, 2010                    GEARY, SHEA, O'DONNELL, GRATTAN & MITCHELL, P.C.

By ------------------/s/------------------------------------
    STEVEN C. MITCHELL
    Attorneys for Defendants
    COUNTY OF SONOMA, BILL COGBILL,
    and JON MAHONEY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

IT IS SO ORDERED
Judge Thelton E. Henderson
06/10/10